UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON FOLEY,<br><br>　　　　　　　Plaintiff,<br><br>　vs<br><br>NEW AGE THINKING INC., d.b.a. JUST FOR FUN, a Washington Corporation,<br><br>　　　　　　　Defendant. | CASE NO. C04-5837FDB<br><br>ORDER OF DISMISSAL |

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are **DISMISSED** with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within *sixty (60)* days of the date of this Order.  Any trial date and/or pretrial dates previously set are hereby **VACATED**.

IT IS SO ORDERED this 29th day of September 2005.

　　　　　　　　　　　　　　　　/s/ Franklin D Burgess
　　　　　　　　　　　　　　　　FRANKLIN  D.  BURGESS
　　　　　　　　　　　　　　　　United States District Judge